UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DEBORAH EVANS,

    Plaintiff,                                            Case No.: 5:11 – CV- 83- RS - CJK

    v.

PORTFOLIO RECOVERY ASSOCIATES, LLC,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

NOW COMES the Plaintiff, DEBORAH EVANS, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and all parties to the present matter are currently in the process of executing the aforementioned settlement agreement, which Plaintiff anticipates will be completed within the next 30 days.

Plaintiff therefore requests that this honorable Court vacate all dates currently set on calendar for the present matter.

                                                      RESPECTFULLY SUBMITTED,

                                                      By: /s/ Nicholas J. Bontrager
                                                      [ ] Nicholas J. Bontrager
                                                      Attorney for Plaintiff
                                                      Krohn & Moss, Ltd.
                                                      10474 Santa Monica Blvd., Suite 401
                                                      Los Angeles, CA 90025
                                                      Tel: (323) 988-2400 ext. 229
                                                      Fax:  (888) 755-0945
                                                      Email: nbontrager@consumerlawcenter.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 4, 2011, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System.  A true and correct copy of said Notice was electronically submitted by electronic mail to the following:

Keith S. McGurgan
Portfolio Recovery Associates
140 Corporate Boulevard
Norfolk, Virginia 23502
kmcgurgan@portfoliorecovery.com

                                       By: /s/ Nicholas J. Bontrager
                                       [ ] Nicholas J. Bontrager
                                       Attorney for Plaintiff