# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### PANAMA CITY DIVISION

DEBORAH EVANS,

     Plaintiff,                                 Case No.: 5:11 – CV- 83- RS - CJK

          v.

PORTFOLIO RECOVERY ASSOCIATES, LLC,

     Defendant.

_____/

## NOTICE OF VOLUNTARY DISMISSAL

        DEBORAH EVANS (Plaintiff), by her attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, PORTFOLIO RECOVERY ASSOCIATES, LLC (Defendant), in this case.

                           RESPECTFULLY SUBMITTED,

                           By: /s/ Nicholas J. Bontrager
                           [ ] Nicholas J. Bontrager
                           Attorney for Plaintiff
                           Krohn & Moss, Ltd.
                           10474 Santa Monica Blvd., Suite 401
                           Los Angeles, CA 90025
                           Tel: (323) 988-2400 ext. 229
                           Fax:  (888) 755-0945
                           Email: nbontrager@consumerlawcenter.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 25, 2011, I electronically filed the foregoing with the

Clerk of the Court by using the CM/ECF System.  A true and correct copy was electronically

submitted by electronic mail to the following:

Keith S. McGurgan
Portfolio Recovery Associates
140 Corporate Boulevard
Norfolk, Virginia 23502
<u>kmcgurgan@portfoliorecovery.com</u>

By: <u>/s/ Nicholas J. Bontrager</u>
[ ] Nicholas J. Bontrager
Attorney for Plaintiff