# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

**DEBORAH EVANS,**

    **Plaintiff,**

**vs.**　　　　　　　　　　　　　　　　**CASE NO. 5:11-cv-83-RS-CJK**

**PORTFOLIO RECOVERY**
**ASSOCIATES, LLC,**

    **Defendant.**
_____/

## ORDER

Before me is Plaintiff's Notice of Voluntary Dismissal (Doc. 6). Pursuant to the Fed. R. Civ. P. 41(a)(1)(A), this case is dismissed with prejudice.

**ORDERED** on August 26, 2011.

　　　　　　　　　　　　　　　　**/s/ Richard Smoak**
　　　　　　　　　　　　　　　　**RICHARD SMOAK**
　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**